# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Rachael Riscinti, Special Agent, FBI, (hereinafter "Affiant"), conducting an investigation, having been duly sworn, hereby depose and state:

## INTRODUCTION

1. I am an investigative or law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, government agents engaged in enforcing the criminal laws and duly authorized by the Attorney General to make arrests.

2. I have been employed as a Special Agent for the FBI for approximately one year. I received training in investigative techniques and procedures at the FBI Academy located in Quantico, Virginia. I have been involved in federal investigations of various crimes including national security matters, kidnapping, drug trafficking, money laundering, wire fraud, cyber intrusion, healthcare fraud, illegal narcotics investigations, and gang investigations. In the course of conducting these investigations, I have interviewed informants, conducted physical surveillance, executed search and arrest warrants, and analyzed financial and business records. I have also spoken with senior Special Agents for assistance and guidance while conducting investigations.

3. I have been involved in the investigation of this matter, along with other law enforcement officers and agents, concerning potential violations of the Conspiracy to Commit Burglary Involving Controlled Substances pursuant to 18 U.S.C. 2118(b) and (d).

4. I am familiar with the information contained in this affidavit through my personal participation in the investigation, my review of documents and records, and my conversations with other law enforcement officers and agents. Because this affidavit is submitted in support of application for a criminal complaint and arrest warrant, it does not

include every fact known concerning this investigation. There is however set forth statements of fact and circumstances sufficient to establish probable cause for the issuance of an arrest warrant.

## STATUTORY AUTHORITY

5. This investigation concerns alleged violations of Title 18, United States Code, Section 2118(b) and (d). Pursuant to Title 18, United States Code, Section 2118(b) and (d), it is unlawful for any person to enter or attempt to enter the business premises or property registered with Drug Enforcement Administration under section 302 of the Controlled Substances Act with the intent to steal any material or compound containing any quantity of a controlled substance, or to conspire to do so.

## BASIS FOR PROBABLE CAUSE

6. According to the arrest citations, on Thursday, June 4, 2020, approximately 1:15 a.m. law enforcement officers were dispatched on a commercial alarm at 3130 Portland Avenue, Louisville, Kentucky.

7. Upon arrival officers located a vehicle, a black Nissan Altima with an Illinois plate FP92316, parked to the rear and backed in as well as an open door to the business.

8. The vehicle is registered to EAN Holdings which is Enterprise Rental Cars.

9. **CHANNEL LEWIS**, female, was in the driver seat of the vehicle when the officers arrived.

10. Upon further investigation, officers located two male subjects in the CVS Pharmacy, **JEAN-PIERRE CROWDUS** and **FREDERICK D. EAVES**.

11. Officers searched the CVS Pharmacy and found subjects bagged various drugs to take from the business. The CVS pharmacy in question is registered with the Drug Enforcement Administration under section 302 of the Controlled Substances Act.

12. Upon search of the vehicle, officers found a firearm located next to the driver seat of the vehicle, Smith & Wesson M&P 40 serial number: NBA4592.

13. An ATF Special Agent, who is a firearms interstate nexus expert, determined that the Smith & Wesson M&P 40 serial number: NBA4592 was manufactured in Massachusetts. Since the firearm was not manufactured in the Commonwealth of Kentucky, it had to travel in interstate commerce to arrive in the Commonwealth of Kentucky.

14. Moreover, the Smith & Wesson M&P 40 serial number: NBA4592 was purchased on July 31, 2019 at River City Firearms Inc. by Shawntel Lee Brent.

15. Videos of outside of the CVS Pharmacy and videos of inside the CVS Pharmacy show the vehicle arrive at the location driven by **FREDERICK D. EAVES**, **FREDERICK D. EAVES** holding a crowbar and walking up to the door, **FREDERICK D. EAVES** appearing to force entry into the CVS Pharmacy door with the crowbar, **FREDERICK D. EAVES** and **JEAN-PIERRE CROWDUS** entering the CVS Pharmacy, **JEAN-PIERRE CROWDUS** and **FREDERICK D. EAVES** forcing open the accordion style pharmacy window, **FREDERICK D. EAVES** crawling through the window as **JEAN-PIERRE CROWDUS** helps hold it open, **FREDERICK D. EAVES** searching the pharmacy shelves with the black trash bag, **FREDERICK D. EAVES** appearing to be talking on a cell phone**, FREDERICK D. EAVES** holding a crowbar and attempting to

force open the pharmacy safe, and **CHANNEL LEWIS** moving from the passenger seat into the driver seat and appearing to provide lookout and awaiting the group's get-away.

16. In a post-Miranda interview with an FBI task force officer and Special Agent, **FREDERICK D. EAVES** confirmed that he went inside the pharmacy area, but stated that he did not take anything. **FREDERICK D. EAVES** stated that **JEAN-PIERRE CROWDUS** did not go into the pharmacy area.

17. In a post-Miranda interview with an FBI Task Force Officer and Special Agent, **CHANNEL LEWIS** stated that **FREDERICK D. EAVES,** also known as "Ricky," is her boyfriend. She stated that when **FREDERICK D. EAVES** and the other guy walked off, she hopped into the driver seat of the car. Her insurance company provided her the rental car from Enterprise because she wrecked her car two weeks prior.

18. Photographs taken after the incident show damage as well as pharmacy products removed and placed into the black bag(s).

19. Louisville Metro Department of Corrections intake form **JEAN-PIERRE CROWDUS** shows an address from Louisville, Kentucky. National Crime Information Center (NCIC) information shows multiple felonies and misdemeanors for **JEAN-PIERRE CROWDUS** to include a felony for Wanton Endangerment – 1st degree.

## CONCLUSION

20. Based on the above facts and circumstances, the Affiant states that there is probable cause to believe that **JEAN-PIERRE CROWDUS, FREDERICK D. EAVES,** and **CHANNEL LEWIS** have committed violations of Conspiracy to Commit Burglary Involving Controlled Substances pursuant to 18 U.S.C. 2118(b) and (d).

Affiant:

                *S/Rachael Riscinti*_____
                Rachael Riscinti
                Special Agent, FBI

These warrants were telephonic search warrants pursuant to Fed. R. Crim. P. 41(d)(3).

                _____
                Regina S. Edwards
                United States Magistrate Judge